Form ntcdsmbar

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **07−58023−pjs**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Timothy Coxton
   19417 Grandview
   Detroit, MI 48219

Social Security No.:
   xxx−xx−3130

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL AND BARRING FILING FOR 180 DAYS**

NOTICE IS HEREBY GIVEN that on **11/13/07** , an Order Dismissing the Case and Barring Filing for **180** days was entered in the above entitled case. Accordingly, the automatic stay is lifted.

Dated: 11/13/07

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                UNITED STATES BANKRUPTCY COURT

07-58023-pjs    Doc 24-1    Filed 11/13/07    Entered 11/13/07 16:26:53    Page 1 of 1